MIRANDA, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT.

No. 449.—Decided February 27, 1920.

Decided on the ground of the opinion delivered in case No. 451, *Solís* v. *Registrar of Caguas, ante.*

*Mr. Andrés Mena* for the appellant.
The respondent did not appear.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.